UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Civil Action No. 2:20cv14318

UNITED STATES OF AMERICA,

        Plaintiff,

    v.

GEORGE E. WARREN LLC,

        Defendant.

# COMPLAINT

Plaintiff United States of America, by its undersigned attorneys, by authority of the Attorney General of the United States and acting at the request of the Administrator of the United States Environmental Protection Agency ("EPA"), alleges as follows:

## STATEMENT OF THE CASE

1. This is a civil action against George E. Warren LLC ("GEW" or "Defendant") brought under Sections 205(b) and 211(d) of the Clean Air Act ("Act"), 42 U.S.C. §§ 7524(b) and 7545(d), for violations of the regulations prescribed under Sections 211(c) and (k) of the Act, 42 U.S.C. §§ 7545(c) and (k), and promulgated at 40 C.F.R. Part 80.

## JURISDICTION AND VENUE

2. This Court has jurisdiction over the subject matter of this action and the parties under 28 U.S.C. §§ 1331, 1345, and 1355, and Sections 205(b) and 211(d) of the Act, 42 U.S.C. §§ 7524(b) and 7545(d).

3. The United States district courts are authorized to restrain violations, award other appropriate relief, and assess civil penalties for violations of Section 211 of the Act, 42 U.S.C. § 7545, and the regulations promulgated thereunder. *See* 42 U.S.C. §§ 7524(b), 7545(d).

4. Venue is proper in this District under 28 U.S.C. §§ 1391(b), 1395(a), and Section 205(b) of the Act, 42 U.S.C. § 7524(b), because Defendant's primary place of business is located in this District.

## AUTHORITY

5. The United States Department of Justice has authority to bring this action on behalf of the Administrator of the EPA under 28 U.S.C. §§ 516 and 519, and Section 305(a) of the Act, 42 U.S.C. § 7605(a).

## PARTIES

6. Plaintiff United States of America is acting at the request and on behalf of the EPA.

7. Defendant GEW is a limited liability corporation headquartered in Florida and is a blender-refiner and midstream service provider for fuels, whose activities include the purchase, import, storage, blending, marketing, and distribution of petroleum products.

## STATUTORY AND REGULATORY PROVISIONS

8. Section 211(c) of the Act, 42 U.S.C. § 7545(c), grants the EPA the authority to regulate fuels that contribute to air pollution that endangers public health or welfare, or that impairs emission control equipment.

9. Section 211(k) of the CAA, 42 U.S.C. § 7545(k), prescribes requirements for the sale of reformulated gasoline ("RFG") that reduces toxics and ozone-forming VOCs in the nine

largest metropolitan areas with the most severe summertime ozone levels as well as other ozone nonattainment areas that opt into the program.

A.     Reformulated Gasoline VOC Standards

10.     Pursuant to Sections 211(c) and (k) of the Act, 42 U.S.C. §§ 7545(c) and (k), the EPA promulgated the RFG regulations at 40 C.F.R. Part 80, Subpart D.

11.     40 C.F.R. § 80.2(i) defines a "refiner" as any person who owns, leases, operates, controls, or supervises a refinery.

12.     40 C.F.R. § 80.2(h) defines a "refinery" to mean any facility, including but not limited to, a plant, tank, tanker truck, or vessel where gasoline is produced, including any facility at which blendstocks are combined to produce gasoline, or at which blendstock is added to gasoline.

13.     The RFG regulations require refiners to designate all RFG and RFG blendstock designated for oxygenate blending ("RBOB") as either VOC-controlled or not VOC-controlled. 40 C.F.R. § 80.65(d).

14.     In the case of RFG or RBOB that is VOC-controlled, it must be designated for use in either VOC-Control Region 1 or VOC-Control Region 2 (as defined in 40 C.F.R. § 80.71). *Id.*

15.     Additionally, refiners must designate whether they are complying with the VOC emissions performance reduction standards on a per-gallon basis or on an annual average basis for each refinery. 40 C.F.R. § 80.65(c).

16.     For gasoline designated as VOC-Control Region 1, the per-gallon VOC emissions performance reduction standard is greater than or equal to 27.5 percent, and the annual average VOC emissions performance reduction standard is greater than or equal to 29.0 percent. 40 C.F.R. § 80.41(e)(1),(f).

17. For gasoline designated as VOC-Control Region 2, the per-gallon VOC emissions performance reduction standard is greater than or equal to 25.9 percent, and the annual average VOC emissions performance reduction standard is greater than or equal to 27.4 percent. 40 C.F.R. § 80.41(e)(1), (f).

18. If, however, a refiner produces RFG or RBOB by combining previously certified RFG or RBOB (collectively, "PCG") with blendstocks and elects to comply with the VOC emissions performance reduction standards on a per-gallon basis, then the standard is the more stringent of either: (1) the per-gallon standard, or (2) the most stringent value for VOC emissions performance reduction for any PCG used to produce that batch. 40 C.F.R. § 80.65(i)(3)(i).

19. Refiners make this election by submitting the Reformulated Gasoline Annual Compliance Designation Report, known as RFG0500.

B. Gasoline Sulfur Standards

20. Pursuant to Section 211(c)(1) of the CAA, 42 U.S.C. § 7545(c)(1), the EPA may adopt a fuel control if at least one of the following two criteria is met: (1) the emission products of the fuel cause or contribute to air pollution that may reasonably be anticipated to endanger public health or welfare, or (2) the emission products of the fuel will significantly impair emissions control systems in general use or emissions control systems that will be in general use were the fuel control to be adopted.

21. Pursuant to its authority under Sections 211(c)(1) of the CAA, 42 U.S.C. § 7545(c)(1), the EPA promulgated regulations at 40 C.F.R. Part 80, Subpart H (Tier II gasoline sulfur regulations) that include a per-gallon gasoline sulfur standard of 80 ppm. 40 C.F.R. § 80.195(a)(1).

22. The Tier II gasoline sulfur standard may be met through use of credits, which may be transferred between refineries. 40 C.F.R. § 80.195(b)(3). The regulations include requirements for reporting credit transfers to the EPA so that credit validity and standard compliance can be confirmed. *See id*. § 80.370; EPA Gasoline Sulfur Credit Transfer/Conversion Report (GSF0200). 65 Fed. Reg. 6698, 6703 (Feb. 16, 1994).

23. Pursuant to its authority under Sections 211(c)(1) of the CAA, 42 U.S.C. § 7545(c)(1), the EPA promulgated regulations at 40 C.F.R. Part 80, Subpart O (Tier III gasoline sulfur regulations), that require refiners to further limit the amount of sulfur contained in gasoline they produce or import. 79 Fed. Reg. 23414 (Apr. 28, 2014).

24. The Tier III gasoline sulfur regulations require refiners to meet a more stringent refinery annual average gasoline sulfur standard than the Tier II gasoline sulfur regulations but maintained the 80 ppm per-gallon standard. 40 C.F.R. § 80.1603(a)(2).

25. Any person who, after January 12, 2009, through November 2, 2015, violates the regulations prescribed under Sections 211(c), (h), and (k) of the Act, 42 U.S.C. §§ 7545(c), (h), and (k), is subject to a civil penalty in the amount of the economic benefit or savings resulting from the violation and up to $37,500 per day for each violation occurring between January 13, 2009 and November 2, 2015, and up to $48,192 per day for each violation occurring on or after November 3, 2015. 42 U.S.C. § 7545(d)(1); 40 C.F.R. § 19.4.

**GENERAL ALLEGATIONS**

26. GEW is a "person" within the meaning of Section 302(e) of the Act, 42 U.S.C. § 7602(e).

27. The GEW leases facilities in Perth Amboy and Carteret, NJ, and Pasadena, Texas, which are "refineries" within the meaning of 40 C.F.R. § 80.2(h).

28. At all relevant times, GEW was a "refiner" within the meaning of 40 C.F.R. § 80.2(i).

## FIRST CLAIM FOR RELIEF
(Violations of the Reformulated Gasoline Requirements)

29. The foregoing paragraphs are re-alleged and incorporated herein by reference.

30. At all times relevant to this Complaint, GEW produced RFG or RBOB at its refineries in Perth Amboy and Carteret, NJ, by combining PCG with blendstocks and designated it as VOC-controlled for use in VOC-Control Region 2.

31. In 2013 to 2015, GEW elected to comply with the VOC emissions performance reductions requirements set forth in 40 C.F.R. § 80.65(i)(3)(i) at its refineries in Perth Amboy and Carteret, NJ, on a per-gallon basis.

32. In 2013 through 2015, GEW produced the following 89 batches of RFG or RBOB at its Perth Amboy and Carteret, NJ, refinery by blending PCG with blendstocks and designating the RFG or RBOB as VOC-controlled for use in VOC-Control Region 2:

| Final Batch Production Date | Facility ID | Final Batch Number(s) | Final Batch Volume (gallons) |
|---|---|---|---|
| 4/24/2013 | 7038 | 414 | 412,230 |
| 4/25/2013 | 7038 | 416 | 10,841,712 |
| 4/26/2013 | 7038 | 428 | 4,008,858 |
| 4/27/2013 | 7038 | 429 | 11,217,822 |
| 5/18/2013 | 7038 | 509 | 801,024 |
| 5/18/2013 | 7038 | 512 | 2,468,088 |
| 5/20/2013 | 7038 | 534 | 3,835,062 |
| 5/21/2013 | 7038 | 515 | 10,779,930 |
| 5/21/2013 | 7038 | 521 | 1,343,034 |
| 5/29/2013 | 7038 | 537 | 10,840,704 |
| 6/6/2013 | 7038 | 558 | 3,957,492 |
| 6/12/2013 | 7038 | 569 | 3,621,828 |
| 6/20/2013 | 7038 | 591 | 4,102,140 |
| 6/27/2013 | 7038 | 605 | 2,758,812 |
| 7/1/2013 | 7038 | 607 | 654,444 |

| Final Batch Production Date | Facility ID | Final Batch Number(s) | Final Batch Volume (gallons) |
|---|---|---|---|
| 7/2/2013 | 7038 | 617 | 1,166,844 |
| 7/18/2013 | 7038 | 671 | 2,035,236 |
| 7/18/2013 | 7038 | 673 | 1,614,312 |
| 7/21/2013 | 7038 | 684 | 2,864,106 |
| 7/26/2013 | 7038 | 692 | 3,594,528 |
| 7/29/2013 | 7038 | 705 | 3,826,158 |
| 7/29/2013 | 7038 | 706 | 4,177,278 |
| 7/30/2013 | 7038 | 707 | 4,174,044 |
| 7/30/2013 | 7038 | 709 | 4,055,436 |
| 7/31/2013 | 7038 | 710 | 3,726,534 |
| 7/31/2013 | 7038 | 712 | 3,906,630 |
| 8/1/2013 | 7038 | 732 | 4,187,064 |
| 8/5/2013 | 7038 | 721 | 1,029,336 |
| 8/6/2013 | 7038 | 729 | 2,082,906 |
| 8/6/2013 | 7038 | 730 | 10,912,020 |
| 8/7/2013 | 7038 | 738 | 1,233,792 |
| 8/8/2013 | 7038 | 740 | 3,035,088 |
| 8/8/2013 | 7038 | 743 | 3,725,400 |
| 8/9/2013 | 7038 | 746 | 3,862,782 |
| 8/10/2013 | 7038 | 752 | 2,667,630 |
| 8/10/2013 | 7038 | 753 | 629,328 |
| 8/10/2013 | 7038 | 754 | 2,259,474 |
| 8/13/2013 | 7038 | 764 | 3,503,556 |
| 8/14/2013 | 7038 | 768 | 2,198,826 |
| 8/27/2013 | 7038 | 807 | 165,102 |
| 9/1/2013 | 7038 | 809 | 1,857,492 |
| 6/26/2014 | 1072 | 47 | 4,199,832 |
| 6/28/2014 | 7038 | 409 | 11,133,948 |
| 6/30/2014 | 7038 | 416 | 864,360 |
| 7/1/2014 | 7038 | 417 | 3,692,304 |
| 7/6/2014 | 7038 | 439 | 8,220,954 |
| 7/8/2014 | 7038 | 436 | 4,032,756 |
| 7/9/2014 | 7038 | 438 | 4,201,596 |
| 7/14/2014 | 7038 | 447 | 1,445,262 |
| 7/15/2014 | 7038 | 452 | 10,962,210 |
| 7/17/2014 | 7038 | 458 | 10,253,586 |
| 7/20/2014 | 7038 | 461 | 2,596,356 |
| 7/23/2014 | 7038 | 466 | 8,629,698 |
| 7/25/2014 | 7038 | 475 | 11,181,996 |

| Final Batch Production Date | Facility ID | Final Batch Number(s) | Final Batch Volume (gallons) |
|---|---|---|---|
| 7/26/2014 | 7038 | 476 | 3,734,472 |
| 7/28/2014 | 7038 | 477 | 2,567,796 |
| 7/28/2014 | 7038 | 481 | 11,014,710 |
| 7/28/2014 | 7038 | 482 | 10,301,508 |
| 8/1/2014 | 7038 | 491 | 3,608,094 |
| 8/2/2014 | 1072 | 55 | 3,274,656 |
| 8/4/2014 | 1072 | 57 | 3,484,950 |
| 8/4/2014 | 1072 | 60 | 1,160,502 |
| 8/7/2014 | 7038 | 503 | 3,092,418 |
| 8/7/2014 | 7038 | 506 | 9,711,744 |
| 8/7/2014 | 7038 | 507 | 9,973,824 |
| 8/9/2014 | 7038 | 510 | 7,202,118 |
| 8/13/2014 | 7038 | 512 | 3,269,112 |
| 8/14/2014 | 7038 | 518 | 8,776,782 |
| 8/16/2014 | 1072 | 70 | 4,550,406 |
| 8/16/2014 | 7038 | 523 | 9,484,944 |
| 8/23/2014 | 1072 | 76 | 5,797,932 |
| 9/1/2014 | 7038 | 550 | 7,428,204 |
| 9/4/2014 | 7038 | 556 | 4,336,794 |
| 9/6/2014 | 7038 | 562 | 6,460,860 |
| 4/11/2015 | 7038 | 177 | 3,049,956 |
| 4/15/2015 | 7038 | 185 | 8,185,548 |
| 4/19/2015 | 7038 | 195 | 4,613,700 |
| 5/14/2015 | 7038 | 223 | 7,202,454 |
| 5/18/2015 | 7038 | 225 | 6,754,776 |
| 5/25/2015 | 7038 | 232 | 8,641,794 |
| 8/4/2015 | 7038 | 325 | 3,381,546 |
| 8/5/2015 | 7038 | 327 | 10,718,904 |
| 8/6/2015 | 7038 | 328 | 1,926,204 |
| 8/7/2015 | 7038 | 329 | 3,855,390 |
| 8/7/2015 | 7038 | 330 | 7,458,990 |
| 8/8/2015 | 7038 | 331 | 3,859,044 |
| 8/9/2015 | 7038 | 332 | 10,392,312 |
| 8/11/2015 | 7038 | 336 | 2,245,026 |
| 8/11/2015 | 7038 | 337 | 6,865,950 |

33. For each of the batches identified in Paragraph 32, above, the PCG used to make the batches had a more stringent value for VOC emissions performance reduction than the final

8

batch, in violation of the 40 C.F.R. § 80.65(i)(3)(i) VOC emissions performance reduction requirements.

34. During a December 2017 compliance evaluation, the EPA determined that GEW had, in violation of section 80.65(c)(3)(i), failed to submit an RFG0500 Report for the Perth Amboy refinery for reporting years 2014 and 2016 and at the Carteret refinery for reporting year 2016.

35. Pursuant to Sections 211(d)(1) of the Act, 42 U.S.C. § 7545(d)(1), and 40 C.F.R. § 19.4, the violations set forth above subject GEW to civil penalties. Pursuant to Section 113(b) of the Act, 42 U.S.C. § 7413(b), GEW is subject to a civil penalty of up to $37,500 per day for each violation occurring between January 13, 2009 and November 2, 2015, and up to $48,192 per day for each violation occurring on or after November 3, 2015. *See* 40 C.F.R. § 19.4.

## SECOND CLAIM FOR RELIEF
(Violations of Gasoline Sulfur Requirements)

36. The foregoing paragraphs are re-alleged and incorporated herein by reference.

37. On July 30, 2019, GEW self-reported that it had produced a 4.2 million gallon batch of gasoline at its Pasadena, Texas, refinery on July 1, 2019, that had a sulfur content of 92 ppm on a "neat" basis (exclusive of the dilution impact of downstream ethanol), in violation of the Tier III per-gallon gasoline sulfur standard of 80 ppm at 40 C.F.R. § 80.1603(a)(2).

38. During a December 2017 compliance evaluation, the EPA identified a credit transaction whereby GEW's Perth Amboy refinery purchased approximately 1 billion sulfur credits from GEW's Carteret refinery in 2014 and used those credits for compliance. The Perth Amboy refinery's GSF0200 Report erroneously indicated the credits were generated in 2009 when the actual generation year was 2012. This error is a violation of the Tier II gasoline sulfur reporting requirements at 40 C.F.R. § 80.370(a)(6).

9

39. Pursuant to Sections 211(d)(1) of the Act, 42 U.S.C. § 7545(d)(1), and 40 C.F.R. § 19.4, the violations set forth above subject GEW to civil penalties. Pursuant to Section 113(b) of the Act, 42 U.S.C. § 7413(b), GEW is subject to a civil penalty of up to $37,500 per day for each violation occurring between January 13, 2009 and November 2, 2015, and up to $48,192 per day for each violation occurring on or after November 3, 2015. *See* 40 C.F.R. § 19.4.

**PRAYER FOR RELIEF**

WHEREFORE, based on the allegations contained in the foregoing paragraphs, Plaintiff respectfully requests that this Court:

A. Assess a civil penalty against Defendant for each violation of the regulations prescribed under the Act, of up to $37,500 per day for each violation occurring between January 13, 2009 and November 2, 2015, and up to $48,192 per day for each violation occurring on or after November 3, 2015, plus the amount of economic benefit or savings resulting from the violation; and

B. Grant such other relief as the Court deems just and proper.

Respectfully submitted,

FOR THE UNITED STATES OF AMERICA

NATHANIEL DOUGLAS
Deputy Chief
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice

*/s/James D. Freeman*
JAMES D. FREEMAN
Attorney-in-charge
Environmental Enforcement Section
Environment and Natural Resources Division
United States Department of Justice
999 18th Street; South Terrace, Suite 370
Denver, Colorado 80202
Telephone: (303) 844-1489
Facsimile: (303) 844-1350
James.Freeman2@usdoj.gov